UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.    2:24-mj-5809 DUTY                                          Dated: October 25, 2024

================================================================

PRESENT:    HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Daniel J O'Brien |
| Courtroom Deputy | Court Reporter | Maxwell K. Coll |
|  | not present | Asst. U.S. Attorney |
|  |  | not present |

================================================================

U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)   Adam Iza                                    1)   Josef Sadat
     not present - in custody                         not present - Retained

_____

PROCEEDINGS (IN CHAMBERS):    **ORDER RE: APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION (18 U.S.C. § 3142) AND REQUEST FOR HEARING [filed 10/18/24; Docket No. 29]**

    Defendant Adam Iza ("Defendant") has filed an Application for Review or Reconsideration of Order Setting Conditions of Release or Detention (18 U.S.C. § 3142) and Request for Hearing.

    Counsel for the Defendant and the Government shall immediately meet and confer and prepare a Joint Statement which shall set forth their respective positions regarding detention and a representation by each counsel that they do not intend to present any information or evidence at the hearing that was not previously presented to the Magistrate Judge. If counsel attempt to present any new information or evidence, the Application for Review will be denied and the case will be referred to the Magistrate Judge for a further hearing.

    The Joint Statement shall also include the complete record of the proceedings before the Magistrate Judge including, but not limited to, the conformed copies of the pleadings filed with the Magistrate Judge, pre-trial services reports, exhibits introduced at the hearing, orders of the Magistrate Judge, and a transcript of the hearing before the Magistrate Judge.

    Counsel shall file the Joint Statement on or before **October 29, 2024**. The Court will set a hearing, if necessary, after the Court has reviewed the Joint Statement.

    IT IS SO ORDERED.

CC: USPO/PSA; USM

Initials of Deputy Clerk   sr