**JOSEF SADAT (282485)**
**9595 WILSHIRE BLVD., SUITE 900**
**BEVERLY HILLS, CA 90210**
**OFFICE: (310) 300-8435**
**CELL: (310) 709-6291**
**FAX: (310) 300-8401**
**josadatcriminaldefense@gmail.com**
**Attorney for Defendant,**
**ADAM IZA**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 2:24-CR-00630-PA |
| ) | |
| Plaintiff, ) | EX PARTE APPLICATION TO |
| ) | ALLOW DEFENSE COUNSEL TO |
| vs. ) | OBTAIN A TRANSCRIPT OF THE |
| ) | DETENTION HEARING |
| ADAM IZA. ) | |
| ) | |
| Defendant. ) | |
| ) | |

TO THE HONORABLE A. JOEL RICHLIN, UNITED STATES DISTRICT JUDGE

AND TO ASSISTANT UNITED STATES ATTORNEY DANIEL J. O'BRIEN:

   Defendant, ADAM IZA, ("defendant"), by and through his counsel of record, Josef Sadat, hereby moves for an Order to allow defense counsel to obtain a transcript of the Detention Hearing (Case No.: 2:24-mj-05809-DUTY), held on October 11, 2024.
//

-1-

United States of America v. Adam Iza
Ex Parte Application to Obtain Transcript of Detention Hearing
CASE NO.: 2:24-CR-00630-PA

## DECLARATION OF JOSEF SADAT

1. In order to obtain a transcript of the Detention Hearing in this case, defense counsel needs an Order to be issued by Magistrate Judge Richlin allowing for its release.

2. Defense counsel needs the transcript primarily for appellate purposes.

3. On October 25, 2024, AUSA Daniel J. O'Brien notified defense counsel that he is in support of the release of the transcript of the Detention Hearing.

Dated: October 25, 2024

                                    Respectfully submitted,

                                    <u>/s/ Josef Sadat</u>
                                    Josef Sadat
                                    Attorney for Defendant
                                    ADAM IZA

-2-

United States of America v. Adam Iza
Ex Parte Application to Obtain Transcript of Detention Hearing
CASE NO.: 2:24-CR-00630-PA