DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
312 North Spring Street, Los Angeles, CA 90012
Telephone: (213) 894-2468
E-mail: daniel.obrien@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:24-CR-00630-PA(AJRx) |
| v. | |
| ADAM IZA | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENTS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DANIEL J. O'BRIEN, PROPOSED ORDER SEALING DOCUMENT, SEALED DOCUMENT, SEALED EXHIBITS.

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

October 25, 2024
Date

Daniel J. O'Brien, AUSA
Attorney Name

United States of America
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)    **NOTICE OF MANUAL FILING OR LODGING**