# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT
10/22/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ASI DEPUTY

Case Number: 2:24-CR-00630-PA
U.S.A. v. Adam Iza
[✓] Indictment    [ ] Information

Defendant Number: 1
Year of Birth: 2000
Investigative agency (FBI, DEA, etc.): FBI; IRS

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense: 8/15/21 - 4/18/23

c. County in which first offense occurred: Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
[✓] Los Angeles       [ ] Ventura
[✓] Orange            [ ] Santa Barbara
[✓] Riverside         [ ] San Luis Obispo
[ ] San Bernardino    [ ] Other

Citation of Offense: 18 USC 241; 18 USC 242; 26 USC 7201

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)    [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
[✓] No    [ ] Yes
If "Yes," Case Number: _____

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 9/24/2024
Case Number: 2:24-MJ-5809-DUTY
Assigned Judge: Magistrate Judge Richlin
Charging: 18 USC 241; 26 USC 7201

The complaint/CVB citation:
[✓] is still pending
[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [ ] Yes
IF YES, provide Name: Josef Sadat
Phone Number: 310-709-6291

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*    [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*    [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [ ] No

This is the _____ superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: _____

Case Number: _____

The superseded case:
[ ] is still pending before Judge/Magistrate Judge
[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*    [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*    [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes    [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO

IF YES, list language and/or dialect: _____

**OTHER**

☑ Male  ☐ Female
☑ U.S. Citizen  ☐ Alien

Alias Name(s): _____

This defendant is charged in:
☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☑ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud
☐ government fraud
☐ environmental issues
☐ narcotics offenses
☐ violent crimes/firearms
☑ public corruption
☑ tax offenses
☐ mail/wire fraud
☐ immigration offenses
☐ corporate fraud
☐ Other _____

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?  ☐ Yes  ☐ No
d. Is on bail or release from another district: _____

Defendant is **in custody**:
a. Place of incarceration:  ☐ State  ☑ Federal
b. Name of Institution: MDC
c. If Federal, U.S. Marshals Service Registration Number: 37598-511
d. ☑ Solely on this charge. Date and time of arrest: 9/23/2024
e. On another conviction:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  ___ 20  ___ 21  ___ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: None

Date: 10/22/2024

*Daniel J. O'Brien*
Signature of Assistant U.S. Attorney
Daniel J. O'Brien
Print Name