# *Memorandum*
## 2:24-CR-00630-PA




| | |
|---|---|
| Subject:<br>United States v. Adam Iza | Date:<br>October 21, 2024 |
| To:<br>BRIAN KARTH<br>Clerk, United States District Court<br>Central District of California | From:<br>Daniel J. O'Brien<br>Assistant United States Attorney<br>Criminal Division |

The above-referenced matter, being filed on October 21, 2024,

- Relates to (1) a matter that was pending in the USAO on or before January 13, 2023, the date the Honorable Stephanie S. Christensen resigned from her position as the First Assistant United States Attorney for the Central District of California; or (2) a matter in which Stephanie S. Christensen was personally involved or about which she was personally consulted while employed in the USAO (between April 2008 and July 2023).

_____
DANIEL J. O'BRIEN
Assistant United States Attorney