JOSEF SADAT (282485)
9595 WILSHIRE BLVD., SUITE 900
BEVERLY HILLS, CA 90210
OFFICE: (310) 300-8435
CELL: (310) 709-6291
FAX: (310) 300-8401
josadatcriminaldefense@gmail.com
Attorney for Defendant,
ADAM IZA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ADAM IZA. )<br>)<br>Defendant. )<br>) | CASE NO.: 2:24-cr-00630-PA<br><br>[~~PROPOSED~~] ORDER ON DEFENDANT'S EX PARTE APPLICATION TO OBTAIN A COPY OF THE TRANSCRIPT OF THE DETENTION HEARING |

Court has read and considered Defendant's Ex Parte Application to allow defense counsel to obtain a copy of the transcript of the detention hearing.

FOR GOOD CAUSE SHOWN, the transcript of the detention hearing may be released to defense counsel.

IT IS SO ORDERED.

October 28, 2024
DATE

_/s/ Joel Richlin_
HONORABLE A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

-1-

United States of America v. Adam Iza
[~~Proposed~~] Order on Ex Parte Application to Release Transcript
CASE NO.: 2:24-cr-00630-PA