# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | 2:24-CR-00630-PA-1 | Date | October 28, 2024 |
|----------|--------------------|------|------------------|
| Title | United States of America v. Adam Iza | | |

| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |
|----------|----------------------------------------------|

| Claudia Garcia-Marquez | CS 10/28/24 |
|------------------------|-------------|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Government: | Attorneys Present for Defendant: |
| Daniel J. O'Brien | Josef Sadat |

**Proceedings:**     **MINUTES OF STATUS CONFERENCE RE MEDICAL TREATMENT**

On September 24, 2024, Defendant Adam Iza made his initial appearance before this Court. (Dkt. 8.) At his initial appearance, Defendant requested that the detention hearing be continued until October 2, 2024. (Id.) The parties later stipulated to further continue the detention hearing until October 11, 2024. (Dkt. 13.) On October 11, 2024, the Court held a detention hearing and ordered Defendant detained pending trial. (Dkt. 24.) The Court also issued an Abstract requesting that Defendant be provided with a medical examination and treatment for the metal implants in Defendant's legs that may need removal. (Id. at 2.) The Court scheduled a status conference for October 28, 2024 to check on the status of Defendant receiving appropriate medical treatment. (Dkt. 21.)

On October 28, 2024, the Court held a status conference to check on Defendant's medical condition and treatment. At the status conference, the Government reported that Defendant had been examined by the attending physician at the BOP on October 15, 2024, and the physician recommended that Defendant be promptly referred to an orthopedic lower extremity specialist to evaluate Defendant's condition and make recommendations for treatment. The Government further reported that it had been in contact with the Supervisory Attorney at the BOP regarding Defendant's medical condition and that the BOP was in the process of identifying an appropriate specialist. Accordingly, the next steps is for the BOP to identify an appropriate specialist to evaluate Defendant's medical condition and make recommendations for treatment.

The Court directs the parties to follow up with the BOP and request guidance on the timing of the BOP's determination regarding the identification of an appropriate specialist to examine and recommend treatment for Defendant. The Court requests that the BOP make this determination within the next 7 days, and if that is not possible, the

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:24-CR-00630-PA-1 | Date | October 28, 2024 |
|----------|--------------------|------|------------------|

| Title | United States of America v. Adam Iza |
|-------|--------------------------------------|

Court requests that the BOP provide a deadline by which the determination can be made. The parties are directed to file a status report with the Court no later than 7 days from today.  The Court will determine next steps based on the status report.

    IT IS SO ORDERED.

00:38