# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

# TRANSCRIPT ORDER FORM

**COURT USE ONLY**
**DUE DATE:**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. (Additional instructions on next page.)

G-120 (06/18)

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | JOSEF SADAT, ESQ. |
| 1b. Attorney Name (if different) | |
| 2a. Contact Phone Number | 3107096291 |
| 2b. Attorney Phone Number | 3107096291 |
| 3a. Contact E-mail Address | SADATLAWGROUP@GMAIL.COM |
| 3b. Attorney E-mail Address | SADATLAWGROUP@GMAIL.COM |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) | 9465 WILSHIRE BLVD., STE 300, BEVERLY HILLS, CA 90212 |
| 5. Name & Role of Party Represented | ADAM IZA (DEFENDANT) |
| 6. Case Name | USA V. ADAM IZA |
| 7a. District Court Case Number | 2:24-mj-05809-DUTY / 2:24-mj-05809 |
| 7b. Appeals Court Case Number | |

8. INDICATE WHETHER PROCEEDING WAS (choose only one per form):
☑ DIGITALLY RECORDED  ☐ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: _____

9. THIS TRANSCRIPT ORDER IS FOR:  ☐ Appeal  ☑ Non-Appeal

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):  ☑ Criminal  ☐ Civil  ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cad@cacd.uscourts.gov).

| HEARING DATE | Minute Order Docket # (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION (If requesting less than full hearing, specify portion (e.g., witness or time). CJA orders: indicate if openings, closings, voir dire, or instructions requested) | b. SELECT FORMAT(S) | | | | c. RELEASE OF TRANS. RESTRICTION DATE (Provide release date of efiled transcript, or check to certify none yet on file.) | d. DELIVERY TYPE 30-day, 14-day, 7-day, 3-day, Daily, Hourly (Check with court reporter before choosing any delivery time sooner than "Ordinary-30.") |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING |
| 10/11/24 | | JOEL RICHLIN | Detention Hearing | ☑ | ○ | ○ | ○ | ○ | ○ | ☑ | REALTIME |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date  10/15/24                Signature  [signed]

JOSEF SADAT (282485)
9595 WILSHIRE BLVD., SUITE 900
BEVERLY HILLS, CA 90210
OFFICE: (310) 300-8435
CELL: (310) 709-6291
FAX: (310) 300-8401
josadatcriminaldefense@gmail.com
Attorney for Defendant,
ADAM IZA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 2:24-cr-00630-PA |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER ON DEFENDANT'S EX PARTE APPLICATION TO OBTAIN A COPY OF THE TRANSCRIPT OF THE DETENTION HEARING |
| vs. ) | |
| ) | |
| ADAM IZA. ) | |
| ) | |
| Defendant. ) | |

Court has read and considered Defendant's Ex Parte Application to allow defense counsel to obtain a copy of the transcript of the detention hearing.

FOR GOOD CAUSE SHOWN, the transcript of the detention hearing may be released to defense counsel.

IT IS SO ORDERED.

October 28, 2024
DATE

*/s/ Joel Richlin*
HONORABLE A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

-1-

United States of America v. Adam Iza
[Proposed] Order on Ex Parte Application to Release Transcript
CASE NO.: 2:24-cr-00630-PA