JOSEF SADAT (282485)
9595 WILSHIRE BLVD., SUITE 900
BEVERLY HILLS, CA 90210
OFFICE: (310) 300-8435
CELL: (310) 709-6291
FAX: (310) 300-8401
josadatcriminaldefense@gmail.com
Attorney for Defendant,
ADAM IZA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:24-CR-00630-PA |
| Plaintiff, | EX PARTE APPLICATION TO CONTINUE SUBMISSION DEADLINE OF JOINT STATEMENT RE: APPLICATION FOR REVIEW OF DETENTION ORDER |
| vs. | |
| ADAM IZA. | |
| Defendant. | |

TO THE HONORABLE PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

AND TO ASSISTANT UNITED STATES ATTORNEY DANIEL J. O'BRIEN:

   Defendant, ADAM IZA, by and through his counsel of record, Josef Sadat, hereby moves for an Order to allow defense counsel more time to file a Joint Statement concerning Defendant's Application for Review of an Order of Detention.

//

//

−1−

United States of America v. Adam Iza
Ex Parte Application to Extend Deadline for Filing Joint Statement
CASE NO.: 2:24-CR-00630-PA

## **DECLARATION OF JOSEF SADAT**

1. Defendant was ordered permanently detained by Magistrate Judge Joel Richlin on October 11, 2024.

2. On October 18, 2024, Defense counsel filed an Application for Review of said Order of Detention.

3. On October 25, 2024, (Duty) District Judge John F. Walter issued a Minute Order directing the filing of a Joint Statement regarding said Application on or before October 29, 2024.

4. The transcript of the Detention Hearing has been ordered, albeit not yet released to defense counsel.

5. Defense counsel requests an extension of the above-mentioned deadline to Friday November 1, 2024 so that the transcript can be incorporated in the Joint Statement.

6. AUSA Daniel J. O'Brien does not oppose this request.

I declare the foregoing to be true and correct under the penalty of perjury under the laws of the United States. Executed on October 29, 2024 at Los Angeles, California.

                                                /s/ Josef Sadat_____
                                                Josef Sadat

-2-

United States of America v. Adam Iza
Ex Parte Application to Extend Deadline for Filing Joint Statement
CASE NO.: 2:24-CR-00630-PA