UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 24-630 PA | Date | October 29, 2024 |
|---|---|---|---|

Present: The Honorable **PERCY ANDERSON, UNITED STATES DISTRICT JUDGE**

Interpreter  None

| Kamilla Sali-Suleyman | None | Daniel J. O'Brien |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Adam Iza | NOT | X | | Josef Sadat | NOT | | X |

**Proceedings:**   IN CHAMBERS COURT ORDER

The Court is in receipt of an email from Josef Sadat, counsel for defendant Adam Iza (Defendant), addressed to the Court's Deputy Clerk. In his email, counsel for Defendant states: "Or can we just wait for a separate Order from Judge Anderson about what he specifically expects versus what Judge Walters wanted?  All the best, Joe"

To obtain relief from the Court, however, a party must, consistent with the Local Rules, do so only through the filing of a stipulation, noticed motion, or ex parte application.  Parties may not seek relief or legal advice by calling, sending emails, or otherwise communicating with the Deputy Clerk.  Nor may parties attempt to communicate with the Court by seeking to have the Deputy Clerk deliver messages to the Court.  Specifically, Local Rule 83-2.5 provides:

> Attorneys or parties to any action or proceeding shall refrain from writing letters to the judge, sending e-mail messages to the judge, making telephone calls to chambers, or otherwise communicating with a judge in a pending matter unless opposing counsel is present.  All matters must be called to a judge's attention by appropriate application or motion filed in compliance with these Local Rules.

The Court will not accept any communications that do not comply with the Local Rules.

Any further violations of the Federal Rules of Civil Procedure, the Local Rules, or the Court's Orders may result in the imposition of sanctions, including revoking any pro hac vice applications that have been granted.

IT IS SO ORDERED.

:

Initials of Deputy Clerk