DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
312 North Spring Street, Los Angeles, CA 90012
Telephone: (213) 894-2468
E-mail: daniel.obrien@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:24-CR-00630-PA(AJRx) |
| v. | |
| ADAM IZA | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  (**List Documents**)

GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENTS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DANIEL J. O'BRIEN, PROPOSED ORDER, SEALING DOCUMENT, SEALING DOCUMENTS ATTACHMENTS.

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

November 5, 2024
Date

Daniel J. O'Brien, AUSA
Attorney Name

United States of America
Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                **NOTICE OF MANUAL FILING OR LODGING**