UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | | |
|---|---|---|
| Case No. 2:24-cr-00630-PA | | Date: 11/05/2024 |
| Present: The Honorable: Maria A. Audero, United States Magistrate Judge | | |
| Interpreter N/A | | Language N/A |
| Teagan Snyder | CS 11/05/2024 | Sophia Carillo |
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s)  ✓ Present  In Custody | Attorneys for Defendants:  ✓ Present  Retained |
|---|---|
| Adam Iza | Josef Sadat |

**Proceedings: Arraignment of Defendant and/or**   ✓ Assignment of Case   Appointment of Counsel
Initial Appearance

* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Percy Anderson.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 12/17/2024 8:30 AM
* Counsel are directed to contact Judge Anderson's clerk with case information, interpreter requests, and custody status. Judge Anderson is located in 9A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

| cc: | PSALA | PSAED | PSASA | | |
|---|---|---|---|---|---|
| | ✓ USMLA | USMED | USMSA | Initial Appearance/Appointment of Counsel: | 00 : 00 |
| | Statistics Clerk | | Interpreter | Arraignment: | 00 : 05 |
| | CJA Supervising Attorney | | Fiscal | Initials of Deputy Clerk: | TS by TRB |