# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 24-630 PA | Date | November 7, 2024 |
|---|---|---|---|

**Present: The Honorable** PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

**Interpreter** N/A

| Kamilla Sali-Suleyman | Not Reported | Daniel J O'Brien, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Adam Iza | NOT | X | | Josef Sadat | NOT | | X |

**Proceedings:** IN CHAMBERS ORDER

Trial is scheduled for December 17, 2024, at 8:30 a.m. before United States District Judge Percy Anderson, Courtroom No. 9A, 350 West 1st Street, Los Angeles, California 90012. The Court orders a trial date, final status conference date, and briefing schedule. See Criminal Trial Order. The deputy clerk is ordered to serve on counsel a copy of the Court's Criminal Trial Order. The Final Status Conference is scheduled for December 9, 2024, at 3:00 p.m. Jury trial is set for Tuesday, December 17, 2024, at 8:30 a.m.

Any motions, including motions in limine, and notices required by Rule 12, 12.1 and 12.2 shall be filed by November 18, 2024. Oppositions to motions shall be filed by November 25, 2024, and replies are to be filed by December 2, 2024. Motions will be heard at the final status conference on December 9, 2024, at 3:00 p.m.

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Deputy Clerk | kss |

**cc: USMO, PSA**