**JOSEF SADAT (282485)**
**9465 WILSHIRE BLVD., SUITE 300**
**BEVERLY HILLS, CA 90210**
**OFFICE: (310) 300-8435**
**CELL: (310) 709-6291**
**FAX: (310) 300-8401**
**josadatcriminaldefense@gmail.com**
**Attorney for Defendant,**
**ADAM IZA**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 2:24-CR-00630-PA(AJRx) |
| ) | |
| Plaintiff, ) | DEFENDANT'S NOTICE OF ERRATA |
| ) | |
| vs. ) | |
| ) | |
| ADAM IZA. ) | |
| ) | |
| Defendant. ) | |

TO THE HONORABLE JOEL RICHLIN, UNITED STATES DISTRICT JUDGE AND TO

ASSISTANT UNITED STATES ATTORNEY DANIEL J. O'BRIEN:

   Defendant, ADAM IZA, by and through his counsel of record, Josef Sadat, hereby notifies this

Court that joe@federalcrimeslawyers.com is an email address that does not belong to Attorney Josef

Sadat but rather Attorney Joseph Shemaria. Also, the mailing address should be 9465 Wilshire Blvd.,

Ste. 300, Beverly Hills, California, 90212

DATED: Nov. 7, 2024                LAW OFFICE OF JOSEF SADAT

                        By:    /s/ Josef Sadat_____
                               JOSEF SADAT, Esq.
                               Attorney for Defendant,
                               Adam Iza

-1-

United States of America v. Adam Iza
Defendant's Notice of Errata
Case No.: 2:24-CR-00630-PA