# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | 2:24-CR-00630-PA-1 | Date | November 7, 2024 |
|---|---|---|---|
| Title | United States of America v. Adam Iza | | |

| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |
|---|---|

| Claudia Garcia-Marquez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:** **ORDER SETTING STATUS CONFERENCE RE MEDICAL TREATMENT**

The Court will hold a further Status Conference on Tuesday, November 12, 2024, at 8:30a.m. in Courtroom 780, 7th Floor, Roybal Federal Building and Courthouse, 255 E. Temple Street, Los Angeles, California. The Court understands that the Federal Bureau of Prisons is currently exploring a potential contract with Dr. Kevin Debiparshad, the surgeon who previously operated on Defendant and implanted leg-lengthening rods. At the status conference, the Court will ask the parties about the following:

(1) Whether a specialist or other physician has examined Defendant and determined that surgical removal of the leg-lengthening implants is medically necessary;
(2) If so, what are the proposed logistics of providing the surgery (*e.g.*, which physician will perform the procedure at which hospital); and
(3) What are the views of the U.S. Marshals Service on the proposed logistics from a security perspective.

IT IS SO ORDERED.