# MARTIN L. CHENEVERT, M.D.

DIPLOMATE OF THE AMERICAN BOARD OF EMERGENCY MEDICINE
FELLOW OF THE AMERICAN COLLEGE OF EMERGENCY PHYSICIANS
CA LICENSE #G67565

---

### Medical Expert Report

### United States v. Adam Iza, Case No: 2:24-cr-00630-PA-1

### Introduction

I have been retained as a medical expert by counsel for the defense in the above matter, under the jurisdiction of the United States District Court, Central District of California, Judge Joel Richlin presiding.

The purpose of this report is to provide my opinion regarding the medical condition of patient Adam Iza, currently in custody at the Metropolitan Detention Center (MDC), Los Angeles. Specifically, I have been asked to evaluate the condition of Mr. Iza's legs, which underwent "leg-lengthening" surgery on November 11, 2022. I have been asked to evaluate the need for urgent surgery to remove the hardware placed in his legs on that date. I have also been asked whether Mr. Iza's condition is worsening, and whether he may be developing complications which will be exacerbated if this hardware is not removed promptly.

### Qualifications

I am a board-certified emergency physician in full-time clinical practice for the past 33 years. I am an attending emergency physician at UCLA-Santa Monica Medical Center and Orthopedic Hospital. I am an Assistant Clinical Professor at the UCLA School of Medicine. I am a Fellow of the American College of Emergency Physicians.

As an emergency physician working at a major regional orthopedic referral center (UCLA), I am familiar with complications of orthopedic hardware, including, but not limited to, infection, localized and systemic toxicity, hardware failure, incomplete healing of bone, and damage to the surrounding muscle and nerves. I have personally treated many hundreds of patients bearing orthopedic hardware, and I am familiar with the diagnosis and initial treatment of the resulting complications.

I have served as a medical expert in over 200 cases in United States District Court and Los Angeles County Superior Court.

### Preparation

I have reviewed the following records:

(1) Medical records of patient Adam Iza, from the office of Dr. Kevin Debiparshad, MD, orthopedic surgeon, Las Vegas, NV, dated 9/29/22 – 9/27/23

---

(2) Letter from Dr. Debiparshad regarding the need for removal of Mr. Iza's implants, dated 10/7/24
(3) Investigative report of Mr. Armando U. Romero, private investigator, including two photos of Mr. Iza, dated 10/10/24
(4) Medical records of patient Adam Iza, Bureau of Prisons (BOP) Health Services, Dr. R. Toh, MD, dated 10/15/24
(5) Declaration of Mr. Daniel J. O'Brien, Assistant United States District Attorney, outlining various communications with outside health care providers regarding Mr. Iza's condition

In addition, I personally performed an in-person medical examination of Mr. Iza at the Metropolitan Detention Center on November 18, 2024. The history and physical exam were focused on his ongoing orthopedic issues. Following is a brief summary of his recent medical issues, as told to me by Mr. Iza:

**Recent Medical History per Mr. Iza**

Mr. Iza underwent cosmetic leg-lengthening surgery on November 11, 2022. Post-operatively, he was initially wheelchair-bound, and was then gradually advanced to using a walker, and then to using crutches. His recovery was complicated by poor healing of the left femur (upper leg bone), which took 8 months longer to heal than the right leg. Due to this complication, he was started on a medication to enhance bone growth (medication name unknown). Finally, he was deemed ready for removal of the implants by Dr. Debiparshad sometime around August of 2024. At that time, per Mr. Iza, he was able to walk unassisted, without significant pain, and perform basic activities of daily living without difficulty.

Over the past several months, and especially over the past several weeks, his left upper leg has developed significant pain, causing him to limp and requiring the use of a cane. He has also noted the presence of two large areas of swelling to his inner thigh, directly over the implant, which have become increasingly tender to the touch. These areas of swelling were not present two months ago.

**Physical Examination of Mr. Iza on 11/18/24**

On physical exam, Mr. Iza walks with a visible limp favoring his left leg, while holding a cane in his right hand. Range-of-motion testing revealed the following limitations: left knee unable to fully extend or fully flex due to pain, and unable to stand on tip-toe due to pain. The right knee also has limitations of movement, but very mild compared to the left.

On palpation (physical touch), there was significant tenderness along the length of the left anterior and medial thigh (front and inner thigh), with maximal tenderness just above the knee and at the upper middle thigh.

Also at the area of the upper medial thigh were two areas of swelling, each 2-3 cm in diameter (approximately 1 inch). These two areas of swelling were exquisitely tender, and Mr. Iza repeatedly pushed my hand away as I tried to gently palpate this area. These areas of swelling are easily visible on the photographs taken by Investigator Romero on 10/10/24, shown below.



**Photos of Mr. Iza's legs taken on 10/10/24 by Investigator Romero**

These photographs, although taken one month prior, are accurate representations of what I saw during my physical exam on 11/18/24. (I was unable to take my own photographs due to restrictions at MDC.) I draw attention to the photograph on the right, showing the two areas of swelling to the left upper inner thigh. These areas were extremely tender and fluctuant (fluid-filled). (The other, single dark mark on the right upper thigh is mostly likely a post-operative scar and is not clinically concerning to me.)

3



Diagram of a "Precice" femoral implant such as Mr. Iza's

**Opinions**

(1) **Mr. Iza has developed a complication of his surgical procedure. This is likely due to either an infection, leakage of the prosthetic material into the tissues, or some other damage to the muscles and nerves as a result of the hardware.**

(2) **Mr. Iza should have his implants removed as soon as possible. Further delay will likely exacerbate the problem and may result in permanent disability and even limb loss.**

(3) **The removal of the implants should be performed by someone with extensive expertise in this area, preferably by Dr. Debiparshad himself.**

**Discussion**

The two areas of swelling, and the overall tenderness of the left thigh, are extremely concerning. These are not typical findings in an otherwise healthy young male, and are not easily explained by other medical issues. These physical finding ARE typical, however, when there is an underlying infection or other deep tissue damage, as the body tries to either fight the infection or otherwise "wall off" the problem. It is especially concerning that these symptoms are getting

worse rather than better. The clock is ticking, and what might be a relatively straightforward procedure today, might become a much more complicated situation further in the future, requiring prolonged hospitalization to treat infection or other systemic toxicity.

When orthopedic hardware becomes infected or otherwise causes localized tissue damage, the optimal treatment, whenever possible, is removal of the hardware. Simply treating with antibiotics or anti-inflammatory medications will have minimal effect, as these medications do not readily penetrate into the underlying foreign material.

Furthermore, SOME materials, such as titanium rods used to treat femur fractures, are specifically designed to be LIFELONG implants, and have been tested over many years and have a long track record of safety. Mr. Iza's implants, however, are designed to be TEMPORARY (at most one to one and one-half years) and have never been tested long-term. Both the manufacturer of the implants and the FDA recommend removal as soon as possible, once the lengthening procedure has been completed.

Per Dr. Debiparshad's letter of 10/7/24, he is willing to perform this removal procedure at his facility in Las Vegas. I also understand, from AUSDA O'Brien's declaration, that finding another surgeon willing to perform this procedure has been unsuccessful. This is not surprising. In my experience in working with hundreds of surgeons over many years, most are unwilling to take on the complications of someone else's work. Furthermore, the type of expertise involved in leg-lengthening surgery is quite specialized and there are a limited number of surgeons who do this type of work. In my opinion, further attempts to have Mr. Iza's surgery performed in the Los Angeles may likely continue to be unsuccessful.

Respectfully submitted,

*[signature]*

Martin Chenevert, MD, FACEP
November 19, 2024

5

# MARTIN LOUIS CHENEVERT, M.D.

martin.chenevert@gmail.com
310-663-0616

## Work Experience

| | |
|---|---|
| 7/91 - present | **UCLA-Santa Monica Medical Center**, Santa Monica, CA. *Attending Physician*, Emergency Department. Duties include primary patient care, lectures, and clinical instruction of residents at a community hospital. |
| 7/00 - present | **UCLA School of Medicine,** Los Angeles, CA. *Assistant Clinical Professor*, Department of Emergency Medicine. Duties include lectures and clinical instruction of residents and medical students at a large academic referral center. |
| 2/16 – 2/19 | **MLK Community Hospital,** Los Angeles, CA. *Attending Physician*, Emergency Department. Duties include primary patient care at a busy urban community hospital. |
| 7/91 - 12/94 | **Harbor-UCLA Medical Center**, Torrance, CA. *Attending Physician*, Department of Emergency Medicine. Duties included clinical instruction of residents at a busy county hospital. |
| 1/90 - 12/91 | **Kaiser-Permanente**, Harbor City, CA. **Orthopedic Hospital**, Los Angeles, CA. **Hawthorne Hospital**, Hawthorne, CA. *Per Diem Physician*, Emergency Department. |

## Education

| | |
|---|---|
| 6/88 - 6/91 | **Harbor-UCLA Medical Center**, Torrance, CA. Residency, Department of Emergency Medicine. |
| 9/83 - 6/88 | **Yale University School of Medicine**, New Haven, CT. MD. |
| 1/82 - 12/82 | **Stanford University**, Stanford, CA. MS, Biological Sciences. |
| 9/78 - 6/82 | **Stanford University**, Stanford, CA. BA, Human Biology. |

## Expert Witness

| | |
|---|---|
| 1995-present | **Medical Expert**. Provide expert witness services in criminal and civil rights cases in U.S. District Court, Los Angeles Superior Court, and U.S. Immigration Court. Expertise in all areas of emergency medicine. |

## Volunteer Work

| | |
|---|---|
| May 2010 | **Haiti.** Emergency Physician, L'Hopital de l'Universite d'Etat d'Haiti, Port-au-Prince. Provided direct emergency care to victims of the January 2010 earthquake. Provided training to Haitian physicians. |
| March 2010 | **Los Angeles Marathon.** Emergency Physician, Los Angeles County Mobile Intensive Care Unit. Provided medical services to elite and non-elite marathon finishers. |
| May 1999 | **Albania.** Emergency Physician, United Arab Emirates refugee camp near the Kosovo border. Provided urgent medical care to Kosovar refugees, some with war-related injuries. Provided training to Kosovar physicians. |

## Research and Publications

"Ashman's Phenomenon - A Source of Paroxysms of Wide-Complex Tachycardia: Case Report and Discussion," Chenevert, Martin, MD and Lewis, Roger, MD, PhD, *Journal of Emergency Medicine*, vol. 10, pp. 179-183, 1992.

"Reversal of Long-Term Potentiation by Repeated Tetanization in the Presence of APV." A proposed neurochemical mechanism for reversal of memory in mammalian brains (MD Thesis, Yale Department of Molecular Neurobiology, New Haven, CT, 1988).

Using intracellular microelectrodes, mapped a discrete neuronal circuit that controls swimming behavior in a Pacific marine mollusk (Master's Project, Hopkins Marine Station of Stanford University, Monterey, CA, 1982).

## Professional Credentials

Board Certification, American Board of Emergency Medicine, 1992-present

Medical License, State of California, 1989-present

DEA Registration, 1992-present

Member, American College of Emergency Physicians, 1991-present

| | |
|---|---|
| **Professional Affiliations** | Member, "Date Rape Drug Task Force," County of Los Angeles, 1995 |
| | Member, Emergency Committee, Medicine Committee, Pediatrics Committee, Social Action Task Force, Santa Monica-UCLA Medical Center |
| **Honors and Awards** | Fellow, American College of Emergency Physicians, 1994-present |
| | Thomas L. Stern Award for Excellence in Teaching, Family Practice Residency Program, Santa Monica-UCLA Medical Center, 1994 |
| | Award for Excellence in Education, UCLA Family Medicine Residency Program, 2014 |