E. MARTIN ESTRADA
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Senior Litigation Counsel
Public Corruption & Civil Rights Section
JAMARI BUXTON (Cal. Bar No. 342364)
Assistant United States Attorney
Public Corruption & Civil Rights Section
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Cyber and Intellectual Property Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2468/3519/1785
    Facsimile:  (213) 894-0141
    E-mail:    daniel.obrien@usdoj.gov
          jamari.buxton@usdoj.gov
          maxwell.coll@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:24-00630-PA |
|---|---|
| Plaintiff, | UNOPPOSED *EX PARTE* APPLICATION FOR AN ORDER UNSEALING AND STRIKING DOCKET NO. 97; DECLARATION OF AUSA MAXWELL COLL |
| v. | |
| ADAM IZA,<br>  aka "The Godfather,"<br>  aka "Ahmed Faiq,"<br>  aka "Diego,"<br>  aka "Diego Facebook,"<br>  aka "Tony Brambilla,"<br>  aka "Leo,"<br><br>      Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Daniel J. O'Brien, J. Jamari Buxton, and Maxwell Coll, hereby applies ex parte for an order unsealing and striking Docket No. 97, that is, the Plea Agreement for Defendant Adam Iza.

This ex parte application is unopposed and is based upon the attached declaration of Assistant United States Attorney Maxwell Coll.

Dated: January 17, 2025            Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division


    /s/ Maxwell Coll
DANIEL J. O'BRIEN
J. JAMARI BUXTON
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Applicant
UNITED STATES OF AMERICA

<u>DECLARATION OF MAXWELL COLL</u>

I, Maxwell Coll, declare as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I am one of the attorneys representing the government in this case.

2.    On January 14, 2025, the government filed the Plea Agreement for Defendant Adam Iza and an attachment thereto (the "Plea Agreement").  (Dkt. No. 97.)  The Plea agreement currently is sealed, pursuant to the Court's January 14, 2025 Order.  (Dkt. No. 100.)

3.    Based on conversations with the special agents from the Federal Bureau of Investigation who are assigned to this case, I understand that the reasons for sealing the Plea Agreement have been addressed.

4.    The government has publicly refiled the same Plea Agreement as Docket No. 101.  The government thus moves to unseal and strike the Plea Agreement previously filed (Dkt. No. 97) as redundant.

5.    I have communicated with defendant's attorney, Josef Sadat, who does not oppose the unsealing of the Plea Agreement for Defendant Adam Iza (Dkt. No. 97).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

DATED: January 16, 2025

AUSA MAXWELL COLL