Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

FILED
CLERK, U.S. DISTRICT COURT

JAN 17 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___ rsm ___ DEPUTY

Case Number   CR 24-630(A)-PA

Defendant Number   1

U.S.A.  v.  Adam Iza

Year of Birth   2000

[ ] Indictment      [✓] Information

Investigative agency (FBI, DEA, etc.)   FBI; IRS

**NOTE:  All items MUST be completed.  If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense

[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense   8/15/21 - 9/23/24

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[✓] Los Angeles      [ ] Ventura

[✓] Orange           [ ] Santa Barbara

[✓] Riverside        [ ] San Luis Obispo

[ ] San Bernardino   [ ] Other _____

Citation of Offense   18 USC 1343; 26 USC 7201;18 USC 242

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[✓] No      [ ] Yes

If "Yes," Case Number: _____

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 9/24/24

Case Number:   2:24-MJ-6676

Assigned Judge:   Magistrate Judge Joel Richlin

Charging: 26 USC 7201; 18 USC 242

The complaint/CVB citation:

[✓] is still pending

[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [✓] Yes

IF YES, provide Name:   Joel Sadat

Phone Number:   310-709-6291

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

[ ] Yes*      [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*      [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [✓] No

This is the   1st   superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:
10/15/24

Case Number CR 24-630-PA

The superseded case:

[✓] is still pending before Judge/Magistrate Judge

Percy Anderson

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?

[ ] Yes*      [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*      [✓] No

Was a Notice of Complex Case filed on the Indictment or Information?

[ ] Yes      [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?   ☐ YES   ☑ NO

IF YES, list language and/or dialect:

_____

**OTHER**

☑ Male          ☐ Female

☑ U.S. Citizen   ☐ Alien

Alias Name(s)   Ahmed Faiq _____

_____

This defendant is charged in:

☑ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No

IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud     ☑ public corruption

☐ government fraud               ☑ tax offenses

☐ environmental issues           ☑ mail/wire fraud

☐ narcotics offenses             ☐ immigration offenses

☐ violent crimes/firearms        ☐ corporate fraud

☐ Other _____

_____

**CUSTODY STATUS**

Defendant is **not in custody**:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____

in the amount of $ _____

c. PSA supervision?   ☐ Yes   ☐ No

d. Is on bail or release from another district:

_____

Defendant is **in custody**:

a. Place of incarceration:   ☐ State   ☑ Federal

b. Name of Institution:   MDC _____

c. If Federal, U.S. Marshals Service Registration Number: 37598-511 _____

d. ☑ Solely on this charge.  Date and time of arrest: 9/23/24 _____

e. On another conviction:   ☐ Yes   ☐ No

IF YES :   ☐ State   ☐ Federal   ☐ Writ of Issue

f. Awaiting trial on other charges:   ☐ Yes   ☐ No

IF YES :   ☐ State   ☐ Federal   AND

Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. _____ 20   _____ 21   _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:   None _____

_____

Date   01/14/2025 _____

*Daniel J. O'Brien*

Signature of Assistant U.S. Attorney

Daniel J. O'Brien

Print Name