JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Senior Litigation Counsel
Public Corruption & Civil Rights Section
JAMARI BUXTON (Cal. Bar No. 342364)
Assistant United States Attorney
Public Corruption & Civil Rights Section
MAXWELL K. COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Cyber and Intellectual Property Crimes Section
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
     Telephone:(213) 894-2468/3519/1785
     Facsimile:(213) 894-0141
     E-mail: daniel.obrien@usdoj.gov
            jamari.buxton@usdoj.gov
            maxwell.coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-CR-00630(A)-PA |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF ERRATA RE: DOCKET NO. 103: FIRST SUPERSEDING INFORMATION |
| ADAM IZA,<br>  aka "The Godfather,"<br>  aka "Ahmed Faiq,"<br>  aka "Diego,"<br>  aka "Diego Facebook,"<br>  aka "Tony Brambilla,"<br>  aka "Leo," | |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and Assistant United States Attorney Daniel O'Brien,

hereby files its Notice of Errata re: DOCKET NO. 103: FIRST SUPERSEDING INFORMATION. The purpose of this Notice of Errata is to correct the case number for the First Superseding Information from 23-630-PA to 24-630-PA.

Dated: January 21, 2025            Respectfully submitted,

JOSEPH T. MCNALLY
Acting United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

CASSIE D. PALMER
Assistant United States Attorney
Chief, Public Corruption and
Civil Rights Section

J. JAMARI BUXTON
Assistant United States Attorney
Public Corruption and Civil Rights
Section

MAXWELL COLL
Assistant United States Attorney
Cyber and Intellectual Property
Crimes Section


_____/s/_____
DANIEL J. O'BRIEN
Assistant United States Attorney
Senior Litigation Counsel Public
Corruption and Civil Rights Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA