TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
MAXWELL K. COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Deputy Chief, National Security Division
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-1785
Facsimile: (213) 894-0141
E-mail: maxwell.coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ADAM IZA,
aka "The Godfather,"
aka "Ahmed Faiq,"
aka "Diego,"
aka "Diego Facebook,"
aka "Tony Brambilla,"
aka "Leo,"

Defendant.

No. 2:24-cr-00630-PA

ORDER CONTINUING SENTENCING HEARING FOR DEFENDANT ADAM IZA

**[PROPOSED] SENTENCING HEARING:**
October 5, 2026 at 8:30 a.m.

The Court finds good cause to continue the sentencing date for defendant ADAM IZA to October 5, 2026 at 8:30 a.m.

IT IS SO ORDERED

July 20, 2026
DATE

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Maxwell K. Coll*
MAXWELL K. COLL
Assistant United States Attorney