MAXWELL K. COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Deputy Chief, National Security Division
312 N. Spring St., 15th Floor, Los Angeles, CA 90012
Telephone: (213) 894-1785

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF(S)<br>v.<br>ADAM IZA<br>DEFENDANT(S). | CASE NUMBER:<br>2:24-00630-PA<br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Documents for sealing and proposed order

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: ____________________
☐ Other:

September 14, 2026
Date

Maxwell K. Coll, AUSA
Attorney Name

United States of America
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*