Name & Address:
JOSEF SADAT
9465 WILSHIRE BLVD.
SUITE 300
BEVERLY HILLS CA
90212

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED SATES OF AMERICA<br>PLAINTIFF(S)<br>v.<br>ADAM IZA<br>DEFENDANT(S). | CASE NUMBER:<br>2:24-CR-00630-PA |
| | **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**
(Documents for Sealing and Proposed Order)

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: ____________________
☐ Other:

9/20/26
Date

JOSEF SADAT
Attorney Name

ADAM IZA
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*